UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES W. THURMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILL CHARIOT, et al., )<br>)<br>Defendants. ) | No.: 2:22-CV-119-TAV-CRW |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on January 19, 2023 [Doc. 10]. In the R&R, Judge Wyrick granted plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1]. Additionally, after screening the complaint, Judge Wyrick recommended that the Court dismiss the complaint [Doc. 2] because plaintiff has failed to state a colorable claim which may proceed. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Wyrick's recommendations. The Court has considered plaintiff's additional filings since the date the R&R was entered [Docs. 11, 12, 13] and finds that they do not raise objections to the R&R or correct the defects pointed out by the R&R. Accordingly, plaintiff's motions [Docs. 12, 13] are **DENIED as moot**. The Court **ACCEPTS** and **ADOPTS** the R&R in

whole [Doc. 10].  Therefore, this action is hereby **DISMISSED without prejudice**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE